## LASALLE NATIONAL BANK *v.* RUFUS ROGERS

The defendant's petition for certification for appeal from the Appellate Court (AC 26687) is dismissed.

*Rufus Rogers*, pro se, in support of the petition.

Decided July 13, 2006

## STATE OF CONNECTICUT *v.* CARLOS DEJESUS

The defendant's petition for certification for appeal from the Appellate Court, 91 Conn. App. 47 (AC 25589), is granted, limited to the following issue:

"Does this court, or any court, have the authority in light of the Connecticut Code of Evidence, to reconsider the rule that the introductions of prior sexual misconduct of the defendant in sexual assault cases, is viewed under a relaxed standard?"

PALMER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17710.

*Darcy McGraw*, special public defender, in support of the petition.

*Marjorie Allen Dauster*, senior assistant state's attorney, in opposition.

Decided July 28, 2006

## STATE OF CONNECTICUT *v.* CARLOS DEJESUS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 91 Conn. App. 47 (AC 25589), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that no reasonable person could have known that the defen-